UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

VS.                              CASE NO. 4:08CR00151_____

CARLOS FELIPE ESTRADA-MARQUEZ                                       DEFENDANT

JUDICIAL ORDER OF REMOVAL

On this 21st day of April, 2008, a hearing was held in this case.  The Defendant appeared at the hearing with counsel.

After reviewing the evidence presented at the hearing, the court makes the following findings:

1.  The Defendant is not a citizen of the United States.

2.  The Defendant admitted in open Court that he is a native and citizen of Mexico and that he was found illegally in the United States after having entered the United States at a time and place other than one designated by immigration officers.

3.  The Defendant has been adjudicated guilty in this Court with one count of Entry Without Inspection, a violation of title 8 U.S.C. § 1325(a)(1), and two counts of Possession of Fraudulent Document with Intent to Defraud, a violation of 18 U.S.C. § 1028(a)(4).

Based on these findings, the Court now determines that the Defendant is deportable, removable, and excludable from the United States.  Accordingly, the Court

orders that the Defendant be deported from the United States to his native country, Mexico, under title 8 U.S.C. § 1228(c)(5), based on these charges.

The Court further orders the Defendant to assist Immigration and Customs Enforcement officials, to a reasonable degree, in obtaining travel documents to expedite the Defendant's deportation, removal, and exclusion from the United States. The Court further orders the Defendant not to reenter the United States unlawfully.

If representatives of the Mexican government advise the United States Attorney General ("Attorney General") or the Secretary of Homeland Security of the United States ("Secretary") within three months of the date of this Order that Mexico will not accept the Defendant into its territory, or if the Mexican government fails to inform the Attorney General or Secretary whether or not it will accept the Defendant into its territory at the Defendant's request, the Defendant then shall be removed from the United States and deported to another consenting country.

IT IS SO ORDERED, this 21st day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE